M. FILLMORE BROWN, as Administrator de Bonis Non of the Estate of ELIZABETH T. BROWN, Deceased, Appellant, *v.* TOWN OF EVANS et al., Respondents.

*Brown* v. *Town of Evans,* 164 App. Div. 967, appeal dismissed. (Submitted December 11, 1916; decided December 15, 1616.)

MOTION to dismiss an appeal from or to affirm a judgment of the Appellate Division of the Supreme Court in

the fourth judicial department, entered October 14, 1914,. affirming a judgment in favor of defendants entered upon a dismissal of, the complaint by the court at a Trial Term.

The motion was made upon the ground that the administrator of the estate of Elizabeth T. Brown, deceased, had died and no one had been appointed to succeed him, nor has any person been substituted in place of the plantiiff named herein.

*Eugene M. Bartlett* for motion.

No one opposed.

Appeal dismissed, with costs, and ten dollars costs of motion.